## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

### NO. 09-17-00408-CV

### IN THE INTEREST OF R.E.W.

**On Appeal from the 279th District Court**
**of Jefferson County, Texas**
**Trial Cause No. F-214,431-B**

### ORDER

On March 22, 2018, the Court received a Notice of Bankruptcy alleging that Leah Duplantis filed a bankruptcy proceeding in Case No. 17-10508 in the United States Bankruptcy Court for the Eastern District of Texas, on October 2, 2017. The appeal is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.3.

ORDER ENTERED March 22, 2018.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.